IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01072-BNB

CLAIRE L. HUCKFELDT,

    Plaintiff,

v.

"BAC HOME LOANS SERVICING, LP, fka COUNTRYWIDE HOME LOANS
    SERVICING, L.P.,"
CASTLE, MEINHOLD & STAWIARSKI, LLC, and
CRISTEL D. SHEPHERD, individually and in her official capacity as attorney,

    Defendants.

---

ORDER

---

At issue are the two Motions to Add Information to Complaint that Plaintiff Claire L. Huckfeldt filed on June 16 and 17, 2010. Ms. Huckfeldt's Motions to Add Information will be denied. An amended complaint supersedes the original complaint. **See Boelens v. Redman Homes, Inc.**, 759 F.2d 504, 508 (5th Cir. 1985); **Cameron v. Fogarty**, 705 F.2d 676 (2$^d$ Cir. 1983); **London v. Coopers & Lybrand**, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, **Federal Practice and Procedure** § 1476 (1990). The pleadings that Ms. Huckfeldt has submitted do not contain all the alleged claims or the necessary information that she is required to provide in a Complaint form. Therefore, Ms. Huckfeldt has failed to provide to the Court a complaint that is sufficient to supersede the prior complaint and that the Court may consider as an amended complaint in this action.

Ms. Huckfeldt also submitted to the Court a pleading titled "Motion Requesting the Court Ensure Correct Defendant is Documented in Two 'Notice of Appearance'

Documents, that were Filed in the Case on June 10, 2010." Ms. Huckfeldt is acting *pro se* in this case. Any service of process conducted by Ms. Huckfeldt in this case, which may have prompted a defendant to file a notice of appearance, is premature. The Motion regarding the notices of appearance will be denied. Accordingly, it is

ORDERED that Ms. Huckfeldt's Motions to Add Information (Doc. Nos. 15 and 14) are DENIED. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Ms. Huckfeldt two copies of the Court-approved Complaint form so she can file a proper Amended Complaint if she so desires. It is

FURTHER ORDERED that Ms. Huckfeldt shall have thirty days from the date of the instant Order to file an Amended Complaint. If Ms. Huckfeldt fails to file an Amended Complaint within thirty days the Court will commence review of the merits of the Amended Complaint filed on June 7, 2010. It is

FURTHER ORDERED that Ms. Huckfeldt's "Motion Requesting the Court Ensure Correct Defendant is Documented in Two Notice of Appearance Documents, that were Filed in the Case on June 10, 2010," (Doc. No. 13), filed on June 15, 2010, is DENIED as premature.

DATED at Denver, Colorado, this 29th day of June, 2010.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01072-BNB

Claire L. Huckfeldt
P.O. Box 270164
Littleton, CO 80127

Lukasz Sosnicki
Attorney at Law
**DELIVERED ELECTRONICALLY**

Justin Donald Balser
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER to the above-named individuals and two copies of the Complaint to the plaintiff on** 6/29/10

GREGORY C. LANGHAM, CLERK

By _____
    Deputy Clerk