IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01072-BNB

CLAIRE L. HUCKFELDT,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP, fka COUNTRY WIDE HOME LOANS
    SERVICING, LP,
CASTLE, MEINHOLD & STAWIARSKI, LLC, and
CRISTEL D. SHEPHERD, Individually and in her Official Capacity as Attorney,

    Defendants.



FILED
UNITED STATES DISTRICT COURT

AUG - 3 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 3, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01072-BNB

Claire L. Huckfeldt
P.O. Box 270164
Littleton, CO 80127

Lukasz Sosnicki
Attorney at Law
**DELIVERED ELECTRONICALLY**

Justin Donald Balser
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above named individuals on 8/3/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk