IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01072-MSK-BNB

CLAIRE L. HUCKFELDT,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP, fka COUNTRY WIDE HOME LOANS SERVICING, LP,
CASTLE, MEINHOLD & STAWIARSKI, LLC, and
CRISTEL D. SHEPHERD, Individually and in her Official Capacity as Attorney,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

**ORDERED** that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 5th day of August, 2010.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01072-MSK-BNB

Claire L. Huckfeldt
P.O. Box 270164
Littleton, CO 80127

US Marshal Service
Service Clerk
Service forms for: BAC Home Loans Servicing, Castle, Meinhold, & Stawiarski, LLC, and Cristel D. Shepherd

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on BAC Home Loans Servicing, Castle, Meinhold, & Stawiarski, LLC, and Cristel D. Shepherd: AMENDED COMPLAINT FILED 06/07/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/10/10.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk