# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action:   10-cv-01072-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   October 19, 2010 | Courtroom Deputy:   Linda Kahoe |

CLAIRE L. HUCKFELDT,                                         *Pro se*

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP,                Lukasz Sosnicki

CASTLE, MEINHOLD & STAWIARSKI, LLC,      Phillip A. Vaglica
CRISTEL D. SHEPARD,                                          Christopher Groen

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        9:55 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Defendant BAC Home Loans Servicing, LP's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P.Rule 12(b)(6), doc #[17], filed 7/1/2010.

Discussion regarding Plaintiff's Motion to Correct or Clearly Distinguish Party Name, doc #[30], filed 10/14/2010.

Plaintiff makes an oral motion to withdraw her Motion to Correct, #[30].

**ORDERED:**   Plaintiff's oral motion to withdraw the Motion to Correct is **ACCEPTED**.  The Motion to Correct or Clearly Distinguish Party Name, doc #[30] is **WITHDRAWN.**

Discussion regarding Plaintiff's Motion to Accept Exhibits, doc #[32], filed 10/15/2010.

**ORDERED:**   Plaintiff's Motion to Accept Exhibits, doc #[32], is **DENIED**.

Discussion regarding the filing of an Amended Complaint.  Defendants state no objection to filing an Amended Complaint.

**ORDERED:**   Plaintiff may file an Unopposed Motion for Leave to File an Amended Complaint, and attach a copy of the Amended Complaint and any exhibits thereto, by **5:00 p.m. on Friday, OCTOBER 22, 2010.**

Discussion regarding setting scheduling deadlines.

**ORDERED:** Any further scheduling is **HELD IN ABEYANCE** pending future events.

Discussion regarding the format of a Complaint. The court refers to Rule 8. The court suggests that Plaintiff keep it simple.

Discussion regarding the individual and official capacity of Defendant Shepard. The court suggests that Ms. Huckfeldt remove "official capacity" from the new Complaint.

HEARING CONCLUDED.
**Court in recess:** **10:57 a.m.**
Total time in court: 01:02