IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01072-MSK-CBS

CLAIRE L. HUCKFELDT,
    Plaintiff,
v.

"BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P.,"
CASTLE, MEINHOLD & STAWIARSKI, LLC, and
CRISTEL D. SHEPHERD, individually and in her official capacity as attorney,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Ms. Huckfeldt's "Unopposed Motion to Leave to File an Amended Complaint [sic]" (filed October 22, 2010) (doc. # 39). Pursuant to the Order of Reference dated August 5, 2010 (doc. # 22) and the memorandum dated October 25, 2010 (doc. # 42), this matter was referred to the Magistrate Judge. The court has reviewed the motion, the entire case file and the discussions had at the hearing held on October 19, 2010, and is sufficiently advised in the premises.

    On October 19, 2010, the court permitted Ms. Huckfeldt to file an Amended Complaint on or before October 22, 2010. (*See* Courtroom Minutes/Minute Order (doc. # 38)). On October 22, 2010, Ms. Huckfeldt filed her Motion and seven pages of exhibits. (*See* doc. # 40). Ms. Huckfeldt's proposed amendment does not comply with the court's order. Ms. Huckfeldt has merely filed her Motion and seven pages of

1

exhibits. She has not submitted a copy of a complete Amended Complaint in a single document. The court may deny a motion to amend a complaint for failure to submit the proposed amended pleading. *See Lambertson v. Utah Dept. of Corrections*, 79 F.3d 1024, 1029 (10th Cir. 1996) (district court did not abuse its discretion in denying plaintiff's motion to amend for failure to provide a copy of the proposed amended pleading, among other things); *Brown v. Harris*, 2006 WL 3833938 at * 2 (D. Colo. Dec. 28, 2006) (concluding "that it is entirely appropriate to require Plaintiff to set forth all of his original and supplemental allegations and claims in a single document") (citation omitted). Accordingly, IT IS ORDERED that:

1. Ms. Huckfeldt's "Unopposed Motion to Leave to File an Amended Complaint [sic]" (filed October 22, 2010) (doc. # 39) is DENIED.

2. **Ms. Huckfeldt may file a complete Amended Complaint in a single document on or before November 8, 2010**.

DATED at Denver, Colorado this 25th day of October, 2010.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge