IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01072-MSK-CBS

CLAIRE L. HUCKFELDT,
    Plaintiff,
v.

"BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P.,"
CASTLE, MEINHOLD & STAWIARSKI, LLC, and
CRISTEL D. SHEPHERD, individually and in her official capacity as attorney,
Defendants.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Ms. Huckfeldt's "Amended Complaint" (filed November 7, 2010) (doc. # 45). Pursuant to the Order of Reference dated August 5, 2010 (doc. # 22), and the memorandum dated October 25, 2010, Ms. Huckfeldt's "Unopposed Motion [for] Leave to File and Amended Complaint" was referred to the Magistrate Judge. On October 19, 2010, the court permitted Ms. Huckfeldt to file an Amended Complaint on or before October 22, 2010. (See Courtroom Minutes/Minute Order (doc. # 38)). Because Ms. Huckfeldt's proposed amendment filed on October 22, 2010 did not comply with the court's order, the court denied Ms. Huckfeldt's "Unopposed Motion" and permitted her to file a complete Amended Complaint in a single document on or before November 8, 2010. (*See* doc. 3 43).

On November 7, 2010, Ms. Huckfeldt filed electronically her purported "Amended Complaint." (*See* doc. # 45). The court has reviewed the tendered Amended Complaint and observes that it does not comply with the Local Rules of Practice of the United States District Court for the District of Colorado. "A pro se party shall use the forms established by his court to file an action." D.C. COLO. LCivR 8.1. "Upon request, the clerk shall provide copies of the necessary forms and instructions for filing an action." *Id.* Further, Ms. Huckfeldt did not select the appropriate event for electronically filing her Amended Complaint. Accordingly,

IT IS ORDERED that:

1. Ms. Huckfeldt's tendered "Amended Complaint" (filed November 7, 2010) (doc. # 45) is STRICKEN.

2. **On or before November 29, 2010**, Ms. Huckfeldt may file a complete Amended Complaint in a single document on the Complaint form provided for filing a civil suit.

3. The court advises Ms. Huckfeldt to consult with the Clerk's Office staff by telephone for instructions to select the proper event for electronically filing the Amended Complaint.

DATED at Denver, Colorado, this 8th day of November, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge